# MEMORANDUM DECISIONS

ACME FOOD CO., Appellant, v. MILLER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by the Acme Food Company against Laurentine Y. Miller and others. No opinion. Judgment and order affirmed, with costs.

---

ADIRONDACK LEAGUE CLUB, Respondent, v. KEYES, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by the Adirondack League Club against Marquis L. Keyes. No opinion. Judgment affirmed, with costs. See, also, 122 App. Div. 178, 106 N. Y. Supp. 963.

---

ALEXANDER, Respondent, v. RAYNOR, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by George S. Alexander against Cora E. Raynor. J. R. Speers, for appellant. D. C. Myers, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

ANDERSON, Respondent, v. BURNS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Henry C. Anderson against Henry V. Burns. No opinion. Judgment and order affirmed, with costs.

---

AUFFERMANN, Appellant, v. PUBLISHERS' PAPER CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Frederick A. Auffermann against the Publishers' Paper Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

BAKER, Respondent, v. GERMAN-AMERICAN INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Harley H. Baker against the German-American Insurance Company of New York. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 133 App. Div. 496, 117 N. Y. Supp. 1104.

---

BANK OF MONTREAL v. UNITED STATES BANKING CO. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by the Bank of Montreal against the United States Banking Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 123 N. Y. Supp. 1105.

---

BANKS, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Ursula M. Banks against the Board of Education of City of New York. J. H. Rogan, for appellant. T. Connoly, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

BARNEY, Appellant, v. ROWLAND, Respondent. (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Action by Minnie Barney against Charles T. Rowland. No opinion. Order affirmed, without costs.

---

In re BARTNETT. (Supreme Court, Appellate Division, First Department. July 7, 1910.) In the matter of Sarah R. Bartnett, deceased. No opinion. Decree affirmed, with costs to special guardian, payable out of the estate. Order filed.

---

BEHRENS, Respondent, v. STURGES et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 21, 1910.) Action by Margaretha Behrens against Sarah S. Sturges and others. No opinion. Motion granted, without costs, and case set down for argument June 27, 1910. See, also, 123 N. Y. Supp. 224.

---

In re BELFATTO. (Supreme Court, Appellate Division. Second Department. June 24, 1910.) In the matter of the application of Gaetano M. Belfatto for admission to the bar. No opinion. Application granted.

---

BELINCOFF, Appellant, v. EMPIRE STATE SURETY CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Benjamin Belincoff against the Empire State Surety Company of New York.

PER CURIAM. The plaintiff established a prima facie case, and the exception to the dismissal of the complaint presents reversible error. The judgment of the Municipal Court is reversed, and a new trial ordered; costs to abide the event.

---

BENHAM, Appellant, v. SANDERS et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Harry M. Benham against Livingston Sanders and others.

PER CURIAM. Judgment modified, by adding thereto a clause that it shall not be conclusive as to the bridge, scow poles, or telephone poles, those matters not having been passed upon upon the trial, and, as so modified, affirmed, without costs.